# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

_____

PEGGY LEVINS                                       :
                                                   :
            Plaintiff,                             :
      v.                                           :      CIVIL ACTION
                                                   :
FIRST HOSPITAL                                     :      DOCKET NO.: 17-CV-5261
LABORATORIES, INC.                                 :
d/b/a FIRSTSOURCE SOLUTIONS/                        :
FIRSTLAB                                            :
      and                                          :
RID Ventures, LLC                                  :
                                                   :
            Defendants.                            :
_____:

## NOTICE OF DISMISSAL AS TO RID VENTURES, LLC

Peggy Levins ("Plaintiff"), by and through her undersigned counsel in the above-captioned action hereby dismisses RID Ventures, LLC pursuant to Fed.R.Civ.P. 41(a)(1)(i) *WITH PREJUDICE*.

Respectfully submitted,

/s/ Ari R. Karpf
Ari R. Karpf, Esq.
Karpf, Karpf & Cerutti, P.C.
3331 Street Road, Blg. 2
Bensalem, PA 19020
Plaintiff's Counsel

Date: January 5, 2018